NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLUMINA, INC., ILLUMINA CAMBRIDGE LTD.,**
*Plaintiffs-Cross-Appellants*

v.

**BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., COMPLETE GENOMICS INC.,**
*Defendants-Appellants*

---

2022-1733, 22-1735, 22-1742, 22-1743

---

Appeal from the United States District Court for the Northern District of California in No. 3:19-cv-03770-WHO, 3:20-cv-01465-WHO, Judge William H. Orrick, III.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT


August 2, 2022
　　Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


**ISSUED AS A MANDATE:** August 2, 2022